FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 JUN 20 AM 9:37

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
U.S. District of Nebraska
_____ Division

Susanne Becker
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Randall county Court
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:23cv270
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

RECEIVED
JUN 2 0 2023
CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Susanne Becker (Heed)
Street Address: 50965 County Road 27
City and County: Scottsbluff, NE 69361
State and Zip Code:
Telephone Number: 308-631-7366
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Randall County Court
- Job or Title (if known):
- Street Address: 501 16th Street Suite 305
- City and County: Canyon, Randall
- State and Zip Code: Texas 79015
- Telephone Number: 806-468-5500
- E-mail Address (if known):

Defendant No. 2

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. **The Plaintiff(s)**

  1. If the plaintiff is an individual
     The plaintiff, (name) __Susanne Becker__, is a citizen of the State of (name) __Nebraska__.

  2. If the plaintiff is a corporation
     The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,
     and has its principal place of business in the State of (name) _____.

  (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

B. **The Defendant(s)**

  1. If the defendant is an individual
     The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

  2. If the defendant is a corporation
     The defendant, (name) __Randall County Court__, is incorporated under the laws of the State of (name) __Texas__, and has its principal place of business in the State of (name) __Texas__.
     Or is incorporated under the laws of (foreign nation) __☒__,
     and has its principal place of business in (name) __☒__.

  (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

C. **The Amount in Controversy**

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) 1-16-2023 at (place) Canyon, Texas Randall county, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

The Judicial officers Matthew Martindale and his clerk Dismissed my motion for contempt due to no activity (want of prosecution) which was an result of damages due to the fact the court cashed my check to file on hearing and they did not they refused to move forward and they broke contractual agreement by check.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

This injuried my rights to inforce child support, loss of property including house and personal property and emotional damage by trust of laws and rules of an person in power.

Caused By not scheduling a court date and cashing my check was frauding me out of my rights and money

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.



I am requesting damages of an house 153,000 dollarss, personal property of 250,000 dollars, child support of 100,000, loss of car 60,000 and emotional damages beyond 100 million.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/15/2023

Signature of Plaintiff: Susanne Becker

Printed Name of Plaintiff: Susanne Becker

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

BECKER
50965 CR 27
Scottsbluff, NE
69361

District of Nebraska
Roman L. Hruska Federal
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

7022 1670 0001 8515 8498

U.S. POSTAGE
FCM LETTER
SCOTTSBLUFF, N
69361
JUN 15, 23
AMOUNT
$5.02
R2304H108347-9

RECEIVED
JUN 2 0 2023
CLERK
U.S. DISTRICT COURT

68102$1322 C016